

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Coke Stevenson
Governor of Texas
Austin, Texas

Dear Sir:

Opinion No. 0-4531
Re: Deficiency allowance to West
Texas State Teachers College

We have your request for an opinion as to whether
the request of West Texas State Teachers College for a $7000
deficiency may be allowed by you, under the provisions of Article 4351, Revised Statutes of 1925.

Item 92 of the appropriation to West Texas State
Teachers College reads:

"Museum building, said appropriation to be
made available when an additional sum of at least
$10,000.00 from sources other than the State or
College funds has been provided --- $10,000."

It is this item which you are asked to augment by
the allowance of a $7,000 deficiency.

A reading of the item of appropriation clearly reveals the Legislative intent to contribute only $10,000 toward
the construction of a museum building. It is palpably intended
that additional sums to be applied toward the construction of
the museum building shall be procured from sources other than
the State.

The deficiency allowance is not authorized by Article 4351. The appropriation to which it is proposed that the
deficiency be added is for a purpose which the Legislature intended should be accomplished within the limits of the sums
appropriated. See our Opinions Nos. 0-2118, January 14, 1940,
and 0-3988, addressed to your Excellency under date of November
21, 1941.

We return herewith the letter from Dr. Hill attached to your request.

Yours very truly

APPROVED APR 14, 1942

ATTORNEY GENERAL OF TEXAS

(signed)  Grover Sellers

FIRST ASSISTANT
ATTORNEY GENERAL

By

(signed)
R. W. Fairchild

RWF:db

Enclosure

APPROVED
OPINION
COMMITTEE
BY B. W. B.
CHAIRMAN